(36 South. 482.)

No. 15,169.

STATE ex rel. BLANKS v. WALKER, Justice of the Peace.*

(March 28, 1904.)

JUSTICE OF THE PEACE—REVIEW OF DECISION.

1. To obtain the review of a decision of a justice of the peace court, the proper proceeding is by appeal to the district court, and not by application to the Supreme Court for certiorari and prohibition.

(Syllabus by the Court.)

Application by the state, on the relation of Robert B. Blanks, against S. D. S. Walker, Justice of the Peace, Fourth Ward, parish of Caldwell, for a writ of certiorari and prohibition. Dismissed.

C. P. Thornhill, for relator. Allen Byber Hundley, for respondent.

PROVOSTY, J. The defendant magistrate, whose jurisdiction is limited to $100, maintained his jurisdiction of a third opposition wherein an amount exceeding $100 was asked to be paid by preference out of the proceeds of the sale of property under seizure in his court, and the plaintiff in execution, whose plea to the jurisdiction ratione materiæ was thus overruled, has applied to this court for writs of certiorari and prohibition to procure the review of the ruling.

He has mistaken his remedy. It was to appeal to the district court; or, if a writ of prohibition was necessary, to sue it out in that court. State ex rel. Hirsch v. Judge, 39 La. Ann. 98, 1 South. 281.

Application dismissed, at the cost of applicant.

*Rehearing denied April 25, 1904.